**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGASUS TRUCKING, LLC, a California limited liability company; and MICHAEL FALLAS, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ASSET REDEPLOYMENT GROUP, INC., a Georgia corporation; WALLACE WILLIFORD INC. DBA ASSET SOLUTIONS INC., a Utah corporation; STEVE LEWIS, an individual; and DOES 1 through 20,<br><br>　　　　　　　　Defendants. | Case No. 2:19-CV-10339-SPG(JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

On November 16, 2022, the Court ordered the Parties to notify the Court that they are close to reaching settlement and anticipate filing a stipulation for dismissal and proposed order by December 7, 2022. The Court set a Status Conference for January 11, 2023 at 3:00 p.m.

//

//

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. Dismissal of this U.S. District Action with prejudice pursuant to *Federal Rules of Civil Procedure* Rule 41;

2. Vacate and clear the Status Conference set for January 11, 2023, at 3:00 p.m. as this Action has settled successfully.

**IT IS SO ORDERED**.

Dated: January 9, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE